UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
FEB 22 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:24-Cr-10-CHB
21 U.S.C. § 846

**JUDITH HARSKEY**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

Beginning in or about a day in 2019, the exact date unknown, and continuing through on or about November 18, 2022, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**JUDITH HARSKEY**

did conspire with others to knowingly and intentionally distribute and dispense a quantity of pills containing controlled substances, to include oxycodone and methadone, both of which are Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

A TRUE BILL

███████████

FOREPERSON

*[signature]* for
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

## PENALTIES

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.