# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:24-cr-00117-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Harskey | Date Filed: 03/05/2024 |
| Other court case number: 6:24-cr-10-CHB-01 USDC Eastern Dist of Kentucky Southern Division | Date Terminated: 03/05/2024 |

Assigned to: Honorable Jeffrey Cole

### Defendant (1)

**Judith Harskey**  represented by  **Patrick Eamon Boyle**
*TERMINATED: 03/05/2024*  Law Offices of Patrick E. Boyle
155 North Michigan Avenue
562
Chicago, IL 60601
(312)565-2888
Email: privpat3@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts** — **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts** — **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints** — **Disposition**
18:3146.F Failure to Appear

**Plaintiff**

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JENNY E. JAUREGUI
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
March 6, 2024

| USA | represented by | **Stephanie C. Stern**<br>DOJ-USAO<br>219 S. Dearborn St.<br>Chicago, IL 60604<br>312-469-6132<br>Email: stephanie.stern@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**AUSA - Chicago**<br>United States Attorney's Office (NDIL - Chicago)<br>219 South Dearborn Street<br>Chicago, IL 60604<br>Email: USAILN.ECFAUSA@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Pretrial Services**<br>.<br>(312) 435-5793<br>Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Pretrial Services* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2024 | | ARREST of defendant Judith Harskey. (jj, ) (Entered: 03/06/2024) |
| 03/05/2024 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Jeffrey Cole as to defendant Judith Harskey. (jj, ) (Entered: 03/06/2024) |
| 03/05/2024 | 2 | ORDER as to Judith Harskey: Initial appearance hearing held. Defendant was arrested on 3/5/24. Defendant informed of her rights and of the charges and the maximum penalties if she were to be convicted. The Government and defense counsel were also advised of the Government's obligation under Brady v. Maryland, and the serious consequences that can result from a violation of Brady's requirements. Favorable evidence under Brady need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. Enter order appointing Patrick Boyle as counsel from the CJA Panel for defendant. By agreement between Government, Pretrial and Defense counsel for conditions on Ms. Harskey's release were approved by the Court, and the Court enters order setting conditions of release, subject to all conditions set forth on page 2 and 3, including an unsecured bond of $10,000.00. The conditions of bond were reviewed with the defendant by the Court and agreed to by the defendant. Defendant is permitted to return voluntarily to the charging district and not in the company of the U.S. Marshals. The Government has no objection to this arrangement. Defendant will appear at the U.S. Courthouse in the Eastern District |

| | | | |
|---|---|---|---|
| | | | of Kentucky. Defendant shall be released after processing. (Terminated defendant Judith Harskey). Signed by the Honorable Jeffrey Cole on 3/05/2024. Mailed notice. (jj, ) (Entered: 03/06/2024) |
| 03/05/2024 | | 3 | FINANCIAL Affidavit filed by Judith Harskey (SEALED). (jj, ) (Entered: 03/06/2024) |
| 03/05/2024 | | 4 | CJA ORDER Appointing Counsel Patrick Eamon for Boyle Judith Harskey Under the Criminal Justice Act. Signed by the Honorable Jeffrey Cole on 3/05/2024. Mailed notice. (jj, ) (Entered: 03/06/2024) |
| 03/05/2024 | | 5 | ATTORNEY Appearance for defendant Judith Harskey by Patrick Eamon Boyle. (jj, ) (Entered: 03/06/2024) |
| 03/05/2024 | 🔒 | 6 | ORDER Setting Conditions of Release as to Judith Harskey in amount of $10,000.00, Own Recognizance. Signed by the Honorable Jeffrey Cole on 3/05/2024. Mailed notice. (jj, ) (Entered: 03/06/2024) |
| 03/05/2024 | 🔒 | 7 | Own Recognizance Bond as to Judith Harskey in the amount of $10,000.00. (jj, ) (Entered: 03/06/2024) |
| 03/05/2024 | | 8 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Defendant Judith Harskey committed to Eastern District of Kentucky, Southern Division. Signed by the Honorable Jeffrey Cole on 3/05/2024. Mailed notice. (jj, ) (Entered: 03/06/2024) |