**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT LONDON**
**CASE NO. 6:24-cr-10-CHB-HAI**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**VS.**

**JUDITH HARSKEY**                                                                   **DEFENDANT**

**NOTICE**

\* \* \* \* \* \* \*

Comes the Defendant, Judith Harskey, by counsel, to notify the Court that upon her rearraignment on Friday, July 12, 2024, she will request to remain out of custody on current bond conditions (and any additional ones that the Court may require) under 18 U.S.C. § 3143 (a)(2)(B). Counsel for the United States has indicated to undersigned counsel that tbe United States may not be seeking detention of the Defendant pending her sentencing.

                                                           Respectfully submitted,

                BY:      /s/ Dan Carman
                                  Dan Carman
                                  Attorney at Law, PLLC
                                  111 Church Street
                                  Lexington, Kentucky 40507
                                  (859) 685-1055 (office)
                                  (859) 396-1049 (cell)
                                  (859) 376-1228 (facsimile)
                                  E-mail: dan.carman.attorney@gmail.com
                                  *Counsel for the Defendant, Judith Harskey*

## CERTIFICATE OF SERVICE

On July 11, 2024, I electronically filed this document through the CM/ECF system, which will send the notice of electronic filing to all counsel of record, including Hon. W. Pearce Nesbitt, Assistant United States Attorney.

<pre>
BY:    /s/ Dan Carman
       Dan Carman
</pre>