UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LONDON
CASE NO. 6:24-cr-010-CHB-1

UNITED STATES OF AMERICA                                        PLAINTIFF

V.

JUDITH HARSKEY                                                  DEFENDANT

## MOTION FOR RELIEF PURSUANT TO 18 U.S.C. § 3553

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Comes the Defendant Judith Harskey, by counsel, to move the Court for appropriate relief pursuant to 18 U.S.C. § 3553. She believes that a reasonable sentence in her case would include confinement of not more than 18 months. A Sentencing Memorandum has been filed in support of this motion.

WHEREFORE, the Defendant respectfully requests that the Court award a reasonable sentence in the above-styled case.

                                      Respectfully Submitted,

BY:    s/Dan Carman
           Dan Carman
           Attorney at Law, PLLC
           111 Church Street
           Lexington, Kentucky 40507
           (859) 685-1055 (office)
           (859) 396-1049 (cell)
           (859) 376-1228 (facsimile)
           E-mail: dan.carman.attorney@gmail.com
           Web: www.lexingtondefense.com
           *Counsel for the Defendant, Judith Harskey*

## CERTIFICATE OF SERVICE

On November 5, 2024, I electronically filed this document through the CM/ECF system, which will send the notice of electronic filing to all counsel of record, including Hon. William Nesbitt, Assistant United States Attorney.


BY:   /s/ Dan Carman
         Dan Carman