To Whom It May Concern.

Judy is a wonderful person every since I've met her she has been great. Judy is a hardworking woman who works a full-time job and takes care of her grandson full time. She is a joy to be around and she also loves the kids and I mean all of them. Judy is a great person and she has been working for me for about 8 months and It's hard seeing her stress over her situation when I know she wouldn't let herself involved in anything like that when she knows she has to take care of her grandson I just know she wouldn't risk it and her grandson not having her around. I've had no problems out of Judy all I have seen from Judy is that

July 24, 2024

To Whom It May Concern;

Regarding my dearest friend Judy Harskey, I can wholeheartedly, without reservation say that I trust her with my life. I have known Judy over 35 years. From the moment I met her I knew that we would be lifelong friends. I can say she is kind and thoughtful, which she is, but she also puts herself second when I needed her. Regardless if I were having family issues or just down in the dumps, she would make time for me. I have always been able to count on her, all her friends and family could rely on her to help out with our problems or just day-to-day issues.

About 11 years ago I was staying with a friend in Waukegan, IL and I didn't have my car. I was talking to Judy on the phone complaining about my relentless toothache. I didn't know anyone in Waukegan and could not get home for at least 3 days. Judy drove to get me after we hung up, it was 11PM. I didn't ask her to drive all that way, but she knew I needed to get home to the dentist.

Another time not that long ago, Judy had just lost her dad, she was devastated and beyond heartbroken. I was having a lot of issues with my nephew. Judy asked Me how I am, so I told her a few things about what my nephew had stolen etc etc. We hung up and 30 minutes later she was at my front door – she wanted to sit with me and talk until I calmed down. She just lost her dad and yet she wanted to make sure I was ok. I could go on and on with stories about how Judy would put herself aside to help me and others who have the same stories.

When Judy was struggling with her own problems with addiction, we all knew about it. She didn't try to hide it, and her friends and family were behind her to give her the love and support she needed and deserved. She succeeded and now it was her time to help others with the same problem. Her struggle and victory just made her more giving and the need to be there for others.

The loss of both of her parents has greatly affected her. And while she is now still grieving, she will try to keep it inside. Her reason is that she doesn't want to make others uncomfortable. Judy and I discuss the loss of our parents because it is something we both share, and we can lean on each other. But with others she will not burden them with her sadness, she is selfless!!

Judy has always been there for her family. She took excellent care of her mom and dad! She would work and go home and take care of them. She didn't care about herself or a social life, she was devoted to them, all of them. Her daughter and grandson were also on the top of her list. Her actions were selfless, and their needs came first.

An important observation is the overarching manner by which she has led her life. It is indisputable that Judy has consistently conducted herself in all dealings lawfully. She is a Stallworth model of charity. Woven into that lifestyle is an uncompromising consistency of playing by the rules.

In conclusion I will say the I love my friend Judy and will always trust her with my life and all I have.


Sincerely,

*Colette Santucci*

Colette Santucci

6028 S. Merrimac

Chicago, Il 60638

847-207-1444

To Whom It May Concern,

I have had the pleasure of knowing Judy Harskey for 35 years. During which time, I have come to know her as responsible, reliable, and hardworking individuals. I believe Judy to be of strong character and good morale standing. She has always acted with integrity and honesty and possess a high level of empathy and compassion towards others. I have no doubt that they will continue to demonstrate these values and be an asset to any community. I wholeheartedly recommend Judy as a worthy individual and trust their judgement and abilities.

Sincerely,

Jackie Mihalski

708-714-4041

Rene Mijes 6208 S
Neenah Ave
Chicago, IL. 60638

July 16, 2024

RE: Reference Letter for Judith Harskey

To Whom it May Concern:

I have known Judith Harskey for over eight years. Judith has always displayed a high degree of integrity, responsibility, and ambition. She is definitely a leader rather than a follower. In addition to her attributes she is also a wonderful mother and grandmother. Most of her free time is spent with her grandson, who adores her.

She is also a most dependable, kind and ready to help without any hesitation. Her good judgment and mature outlook ensure a logical and practical approach to her endeavors.

Judith has really persevered in all areas of her life and has been an inspiring individual to anyone she meets. She always has an open ear, and will help anyone who is in need. She always thinks of everyone else before herself.

I am confident that Judith would continue be a strong and valuable person to her family, friends and community if she was given the chance to remain in her home with her family and loved ones.

In the time I have known Judith she has been a decent, hardworking and trustworthy person. If you should have any questions, please feel free to reach out to me.

Sincerely,

Rene Mijes
Rene.mijes@gmail.com
818-726-6565

To whom it may concern,

I have know Judy Harsky since 2018. We met randomly in a meat market in Michigan. We found out we had a lot in common while waiting in line and kept in contact after. With Judy it was more than just contact though. She has come to family events, has thought of us all on our birthdays or major events in our lives. Never forgets to send a gift. Most importantly she is always there for moral support and will give her best advice. Judy has helped me in so many ways overcome my grief while still going through her own. She has always been a shoulder to cry on and always suggests helpful ways to ease my depression. Judy also helps support and care for her grandson, while her daughter works 60-80 hours a week. Her daughter, along with many of us need her in our daily lives. I ask you to consider this before sentencing.

Best regards,

Amber Cygan

**October 2024**

**Dear Judge Claria Horn Boom,**

My name is Julia Renee Harskey- Kinney. I am currently 33 years old, and I live in Crest Hill, Illinois. I have one child –                    who is currently 7 years old. I am writing this letter on behalf of my mother Judith A Harskey who has pled guilty to the charge of conspiracy.

This news has really been heartbreaking due to my mother doing what she was told while at work. My mother has always been the glue to our family, and I would never think my mother would have done this intentionally due to the great cause this has done to my family.

From what I am aware, my mother had a great childhood growing up. She had a loving mother, father, sister and grandmother in her life. She graduated high school on time and took some college courses. She had me at the young age of 23 years old. She and my father were never married, but my mother did the best she could with the help of my grandparents by her side.

When I was younger, my mother was addicted to drugs (cocaine). Growing up, it was always very hard for me to admit that my mother was a drug addict, because I always wanted her to be the mother that I knew she could be. In 2008 my mother finally saw a psychiatrist who was trying different medications to get her medicated correctly for her ADHD, Bi-Polar, and borderline schizophrenic. Not knowing how the different medications would affect her, my mother went out one night and ended up getting a DUI. My mother wasn't worried about herself, her vehicle, the only thing she was worried about was making sure that she didn't harm anyone else, because that is just the type of person she is. Due to court dates caused by her D.U.I., my mother went sober off drugs back on 07.14.2008. I can say that date loud and proud because my mother has made me so proud of her sobriety. Her sobriety has really impacted our family and brought us closer than ever.

In 2017, I was blessed with my son,                              One year later, in 2018, I went through a really rough time. I ended up getting divorced, as well as losing my grandfather (my mother's father) during a surgery procedure. During that time, my mother really stepped up to the plate. Not only did she take over the responsibility of helping me raise my son, but she also had to step up for my grandmother. My grandmother lost her husband of over 60 Years, her best friend. My mother stepped up and took my grandfather's place and moved in with my grandmother which she took care of day in and day out from 2018 to 2022 when my grandmother passed.

My mother is a loving, caring person with a big heart. She would give her shirt off her back for someone in need. One of my proud daughter moments....I will never forget the time we were at Walgreens because my son was sick and we had to pick up his

breathing treatments that his pediatrician called in.  There was an older lady there that started crying because she couldn't get her heart medication because it was $40 more than it normally was.  My mom ended up telling the lady to get her medication and my mom gave the lady at the counter the $40 out of her own pocket. The lady asked my mom are you sure? Why are you doing this for me? My mother replied yes honey, you shouldn't go without your heart medication, and I have a mother and I would only hope someone would do the same for her if she needed it.  At that moment, I couldn't be more proud of my mother.

My mother is a loving person, who has always tried to be the best person she could be.  She has truly made up for the mistakes she has made in the past with me with my 7 year old son.  They are always glued to each other if he is not in school.  He loves his Mimi, and wants to be with her all the time.  I work long hours at my current job, so my mother picks him up from school, does homework with him, plays, makes sure he eats a good dinner, and spends quality time with him due to me having to work so much, she makes sure he is taken care of.  That is what scares me most with this situation.  I don't know how to tell my son that his Mimi might not be in his life everyday like she has been.  Where do I even start? How do I tell my son that his role model, the one he adores might have to go away?

It is my sincere hope that the court takes this letter into consideration at the time of my mother's sentencing.  With everything that has been going on with this current situation, I still believe that my mother is an honorable individual, a good human being that deserves a second chance to be with her family.  She is no longer working at the doctor's office that would jeopardize her to make any of these same mistakes that would cause her to not be able to be with her family.

*I thank you for taking the time out to read my letter into consideration for my mothers sentencing, because she is a great person that deserves to be with her family.*

**She is a good person, and an amazing mother & Mimi.**

Thank you,

*Julia R. Harskey- Kinney*
**708-691-4213**