UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LONDON
CASE NO. 6:24-cr-010-CHB-1

UNITED STATES OF AMERICA                                              PLAINTIFF

V.

JUDITH HARSKEY                                                       DEFENDANT

## ORDER

\* \* \* \* \* \* \*

This matter is before the Court on the Defendant's Motion for Relief under 18 U.S.C. § 3553 (DE _____). Having considered the record and being otherwise sufficiently advised,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Defendant's motion (DE _____) is **GRANTED**.

ENTERED: _____

_____
UNITED STATES DISTRICT COURT JUDGE